| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Cara C. Knox<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9364<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   25–20172–ABA | | |

## Order of Discharge                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cara C. Knox
aka Cara Caleia Knox, aka Cara C Knox

12/31/25                                                      **By the court:**   Andrew B. Altenburg Jr.
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Cara C. Knox  
    Debtor

Case No. 25-20172-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 31, 2025      Form ID: 318      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cara C. Knox, 1202 B Harwood Court, Mount Laurel, NJ 08054-2612 |
| cr | + | Exeter Finance LLC, 2860 Patton Road, Roseville, MN 55113-1100 |
| 520825608 | | Advantage Au, RR 130, Gloucester City, NJ 08030 |
| 520825612 | + | C&C Lending Partners LLC, Attn: Bankruptcy, 2245 SW 183rd Terrace, Miramar, FL 33029-5252 |
| 520825616 | + | Dept of Education/EdFinancial, Attn: Bankruptcy, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 520825620 | + | Jason Gang, Esq., 1245 Hewlett Plaza #478, Hewlett, NY 11557-4021 |
| 520825621 | + | Jeffrey K. Davis, Esq., 600 Mamaroneck Ave., 4th Floor, Harrison, NY 10528-1613 |
| 520825622 | + | Katan Capital, LLC, 1 Old Middletown Rd, Ste 200, Pearl River, NY 10965-2637 |
| 520825624 | + | Linda Randall, P.O. Box 5125, Delanco, NJ 08075-0525 |
| 520825625 | + | Mark Cantor, 1050 Silver Oak Place, Ambler, PA 19002-1627 |
| 520825629 | + | Spectrum Arena LP, Attn: Bankruptcy, 3601 South Broad Street, Wells Fargo Center, Philadelphia, PA 19148-5290 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 31 2025 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 31 2025 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bknotices@szjlaw.com | Dec 31 2025 20:42:00 | Santander Bank, N.A., servicer for Santander Consu, c/o Stewart, Zlimen & Jungers, 2860 Patton Rd., Roseville, MN 55113-1100 |
| 520825609 | | EDI: TSYS2 | Jan 01 2026 01:31:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520825610 | + | Email/Text: jorleidy@bittyadvance.com | Dec 31 2025 20:41:00 | Bitty Advance, Attn: Bankruptcy, 1855 Griffin Rd A-474, Dania, FL 33004-2241 |
| 520825611 | | Email/Text: rm-bknotices@bridgecrest.com | Dec 31 2025 20:42:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 520829895 | + | EDI: AISACG.COM | Jan 01 2026 01:31:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520825613 | | EDI: CAPITALONE.COM | Jan 01 2026 01:31:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520825614 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 31 2025 20:45:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520825615 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2025 20:45:17 | Credit One Bank, N.A., c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |

Case 25-20172-ABA   Doc 19   Filed 01/02/26   Entered 01/03/26 00:13:41   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 318 | Total Noticed: 32 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520825617 | | Email/Text: operationsclerk@easypayfinance.com | Dec 31 2025 20:40:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy Department, PO Box 2549, Carlsbad, CA 92018-2549 |
| 520825618 | | EDI: AMINFOFP.COM | Jan 01 2026 01:31:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520850886 | + | EDI: IRS.COM | Jan 01 2026 01:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520825619 | ^ | MEBN | Dec 31 2025 20:37:09 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 520825623 | + | Email/Text: legal@thelcfgroup.com | Dec 31 2025 20:42:00 | LCF Group, Inc., 3000 Marcus Ave., Ste 2W15, New Hyde Park, NY 11042-1005 |
| 520825626 | | Email/Text: ml-ebn@missionlane.com | Dec 31 2025 20:41:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 520825627 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 31 2025 20:41:00 | New Jersey Turnpike Authority, Attn: Bankruptcy, 1 Turnpike Plaza P.O. Box 5042, Woodbridge, NJ 07095 |
| 520825628 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 31 2025 20:42:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520850898 | + | Email/Text: bankruptcynotices@sba.gov | Dec 31 2025 20:41:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |
| 520825630 | | Email/Text: EBN@edfinancial.com | Dec 31 2025 20:41:00 | US Department of Education, Attn: Bankruptcy, P.O. Box 790322, Saint Louis, MO 63179-0322 |
| 520825631 | | Email/Text: melissa.valdes@whetstoneholdings.com | Dec 31 2025 20:42:00 | Vader Mountain Capital, Attn: Bankruptcy, 12496 NW 25th Street, Miami, FL 33182 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520850876 | * | Advantage Au, RR 130, Gloucester City, NJ 08030 |
| 520850877 | *+ | Bitty Advance, Attn: Bankruptcy, 1855 Griffin Rd A-474, Dania, FL 33004-2241 |
| 520850878 | * | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 520850879 | *+ | C&C Lending Partners LLC, Attn: Bankruptcy, 2245 SW 183rd Terrace, Miramar, FL 33029-5252 |
| 520850880 | * | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520850881 | * | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520850882 | * | Credit One Bank, N.A., c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |
| 520850883 | *+ | Dept of Education/EdFinancial, Attn: Bankruptcy, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 520850884 | *P++ | EASYPAY FINANCE, PO BOX 2549, CARLSBAD CA 92018-2549, address filed with court:, Easy Pay/Duvera Collections, Attn: Bankruptcy Department, PO Box 2549, Carlsbad, CA 92018-2549 |
| 520850885 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520850887 | *+ | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 520850888 | *+ | Jason Gang, Esq., 1245 Hewlett Plaza #478, Hewlett, NY 11557-4021 |
| 520850889 | *+ | Jeffrey K. Davis, Esq., 600 Mamaroneck Ave., 4th Floor, Harrison, NY 10528-1613 |
| 520850890 | *+ | Katan Capital, LLC, 1 Old Middletown Rd, Ste 200, Pearl River, NY 10965-2637 |
| 520850891 | *+ | LCF Group, Inc., 3000 Marcus Ave., Ste 2W15, New Hyde Park, NY 11042-1005 |
| 520850892 | *+ | Linda Randall, P.O. Box 5125, Delanco, NJ 08075-0525 |
| 520850894 | *P++ | MISSION LANE LLC, PO BOX 105286, ATLANTA GA 30348-5286, address filed with court:, Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 520850893 | *+ | Mark Cantor, 1050 Silver Oak Place, Ambler, PA 19002-1627 |
| 520850895 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, Attn: Bankruptcy, 1 Turnpike Plaza P.O. Box 5042, Woodbridge, NJ 07095 |
| 520850896 | * | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 520850897 | *+ | Spectrum Arena LP, Attn: Bankruptcy, 3601 South Broad Street, Wells Fargo Center, Philadelphia, PA 19148-5290 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 318 | Total Noticed: 32 |

| 520850899 | * | US Department of Education, Attn: Bankruptcy, P.O. Box 790322, Saint Louis, MO 63179-0322 |
| 520850900 | *P++ | VADER MOUNTAIN CAPITAL, 12496 NW 25 ST, MIAMI FL 33182-1505, address filed with court:, Vader Mountain Capital, Attn: Bankruptcy, 12496 NW 25th Street, Miami, FL 33182 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com   diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Jeanie D. Wiesner | on behalf of Debtor Cara C. Knox jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4